UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHARANE C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01929-MJD-RLY |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Court having this day granted the parties' Joint Motion to Remand, **IT IS**

**THEREFORE ADJUDGED** that the decision of the Commissioner is **REVERSED** and this

case is **REMANDED** to the Commissioner for further proceedings consistent with the Court's

Order.

SO ORDERED.

Dated:  15 MAY 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.